UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LEE MCCULLOM,
    Plaintiff,

v.

GREGORY AHERN, et al.,
    Defendants.

Case No. 20-cv-00220-BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, a pretrial detainee at the Santa Rita County Jail, filed the instant *pro se* civil rights action pursuant to 42 U.S.C. § 1983. Dkt. No. 1. On May 26, 2020, mail sent to Plaintiff was returned as undeliverable and the words "inmate not in custody" stamped on the envelope. Dkt. No. 8 at 1. Plaintiff has not provided the Court with a new address and has had no further communication with the Court.

Pursuant to Northern District Local Rule 3-11, a party proceeding *pro se* must promptly file a notice of change of address while an action is pending. *See* Civ. L.R. 3-11(a). The Court may, without prejudice, dismiss a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* Civ. L.R. 3-11(b).

1  More than sixty days have passed since the mail addressed to Plaintiff was returned
2  as undeliverable.  The Court has not received a notice from Plaintiff regarding a new
3  address.  Accordingly, the instant civil rights action is **DISMISSED** without prejudice
4  pursuant to Rule 3-11 of the Northern District Local Rules.

5  The Clerk shall terminate any pending motions.

6  **IT IS SO ORDERED.**

7  Dated:  \_**August 5, 2020**_____

*/s/ Beth Labson Freeman*
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.20\00220.McCullom_dis-LR3

2