UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LEE MCCULLOM, | Case No. 20-cv-00220-BLF  (PR) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| GREGORY AHERN, et. al., | |
| Defendants. | |

For the reasons stated in the order of dismissal, this action is dismissed without prejudice.  Judgment is entered accordingly.  The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated:  _**August 5, 2020**_____

*(signature)*
BETH LABSON FREEMAN
United States District Judge

Judgment
P:\PRO-SE\BLF\CR.20\00220.McCullom_jud.docx